FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 31 2018 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x

RICHARD SMITH,

        Plaintiff(s),

    -against-

GARDEN CITY UNION FREE SCHOOL DISTRICT
and DAWN CERONE and ROBERT FEIRSEN

        Defendant(s).

----------------------------------------x

STIPULATION OF
DISCONTINUANCE

Index #: 2017-1474

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, with prejudice and without costs to either party as against the other.  This stipulation may be filed without further notice with the Clerk of the Court.

Dated:   Mineola, New York
       December 12, 2017

_____
SILVERMAN & ASSOCIATES
Attorneys for Defendants
445 Hamilton Avenue, St. 1102
White Plains, NY 10601
(914) 574-4510

_____
SULLIVAN PAPAIN BLOCK
McGRATH & CANNAVO P.C.
Attorneys for Plaintiff(s)
1140 Franklin Avenue
Suite 200
Garden City, NY 11530

So Ordered 1/31/18
s/ Sandra J. Feuerstein
Sandra J. Feuerstein, U.S.D.J.